HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUDY ST. GERMAIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TREIF USA, INC. d/b/a TREIF, TREIF USA, a Delaware corporation; and TREIF MASCHINENBAU GMBH, d/b/a TREIF a German corporation;<br><br>Defendants. | No. 2:18-cv-01600-BJR<br><br>**STIPULATED JOINT MOTION AND ORDER TO AMEND CASE SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR**: January 29, 2019 |

## I. STIPULATION & JOINT MOTION TO AMEND CASE SCHEDULE

The parties Plaintiff Rudy St. Germain and Defendant TREIF USA, INC. by and through their counsel of record, hereby stipulate and seek an Order requesting that the Court amend its January 2, 2019 Order Setting Civil Case Schedule ("Scheduling Order") by setting new deadlines for joinder, amendment of the pleadings, expert reports, completion of discovery and dispositive motions. Good cause exists for the requested relief herein. *See* FRCP 16(b) and LCR 16(b)(5). Trial is set in this matter on November 4, 2019. The parties submitted a joint discovery plan to the court requesting dates consistent with the new dates

requested below. In addition, the parties still await completion of service of process, a notice of appearance and answer from Defendant TREIF MASCHINENBAU, GmbH, a German corporation, in this matter.

For the foregoing reasons, the parties respectfully request that the Court issue an Amended Case Scheduling Order with the new date for each respective deadline listed below:

| Case Event | Previous Date | New Date |
| --- | --- | --- |
| Deadline for joining additional parties | January 30, 2019 | May 1, 2019 |
| Deadline for filing amended pleadings | February 11, 2019 | May 15, 2019 |
| Deadline for Expert Disclosures | April 8, 2019 | May 31, 2019 |
| Deadline for Completion of Discovery | May 8, 2019 | July 6, 2019 |
| Deadline for Filing Dispositive Motions | June 7, 2019 | August 6, 2019 |

The parties ask that all other deadlines in the original case scheduling order, including the trial date and pretrial deadlines, remain the same.

DATED this 28th day of January, 2019.

CONNELLY LAW OFFICES, PLLC

By: /s Micah R. LeBank
Micah R. LeBank., WSBA No. 38047
By: /s Marta L. O'Brien
Marta L. O'Brien, WSBA No. 46416

*Attorneys for Plaintiff*
2301 N. 30th St.
Tacoma, WA 98403-3322

Email: mlebank@connelly-law.com
mobrien@connelly-law.com

WILSON SMITH COCHRAN DICKERSON

By /s Whitney L.C. Smith
   Whitney L.C. Smith, WSBA No. 21159
   Gabriella Wagner, WSBA No. 42898
   *Attorneys for Defendants*

901 Fifth Ave, Suite 1700
Seattle, WA 98164
Email: smithw@wscd.com
       wagner@wscd.com

## ORDER

THIS MATTER having come before the above-entitled Court upon the parties agreed stipulation for Amendment of the Case Schedule, in accordance with FRCP 16(b) and LCR 16(b)(5), NOW THEREFORE, it is hereby

ORDERED, ADJUDGED, AND DECREED that the case schedule will be amended according with the new deadlines set forth below:

| Case Event | Previous Date | New Date |
| --- | --- | --- |
| Deadline for joining additional parties | January 30, 2019 | May 1, 2019 |
| Deadline for filing amended pleadings | February 11, 2019 | May 15, 2019 |
| Deadline for Expert Disclosures | April 8, 2019 | May 31, 2019 |
| Deadline for Completion of Discovery | May 8, 2019 | July 6, 2019 |
| Deadline for Filing Dispositive Motions | June 7, 2019 | August 6, 2019 |

DATED this 30th day of January, 2019.

_____
Honorable Barbara J. Rothstein

Presented by:

CONNELLY LAW OFFICES, PLLC

By: /s Micah R. LeBank
Micah R. LeBank., WSBA No. 38047

By: /s Marta L. O'Brien
Marta L. O'Brien, WSBA No. 46416
*Attorneys for Plaintiff*

2301 N. 30th St.
Tacoma, WA 98403-3322
Email: mlebank@connelly-law.com
mobrien@connelly-law.com

WILSON SMITH COCHRAN DICKERSON

By /s Whitney L.C. Smith
   Whitney L.C. Smith, WSBA No. 21159
   Gabriella Wagner, WSBA No. 42898
   *Attorneys for Defendants*

901 Fifth Ave, Suite 1700
Seattle, WA 98164
Email: smithw@wscd.com
       wagner@wscd.com

STIPULATION AND ORDER TO
AMEND CASE SCHEUDLE - 5 of 5
(Cause No. 2:18-cv-01600-BJR)