THE HONORABLE JUDGE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RUDY ST. GERMAIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TREIF USA, INC., d/b/a TREIF, TREIF USA, a Delaware corporation; and TREIF MASCHINENBAU GMBH, d/b/a TREIF, a German corporation,<br><br>Defendants. | No. 2:18-cv-01600-BJR<br><br>**STIPULATED JOINT MOTION AND ORDER TO AMEND CASE SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR:**<br>May 21, 2019 |

## I. STIPULATION & JOINT MOTIO TO AMEND CASE SCHEDULE

The parties Plaintiff Rudy St. Germain and Defendants Trief USA and Treif Maschinenbau GmbH by and through their counsel of record, hereby stipulate and seek an Order requesting that the Court amend the parties January 30, 2019 Stipulation and Order to Amend Case Schedule. Good cause exists for the requested relief herein. *See* FRCP 16(b) and LCR 16(b)(5).

This case arises from the partial hand amputation of Rudy St. Germain while operating a meat cutting machine. Mr. St. Germain filed this lawsuit against the manufacturer and

STIPULATED JOINT MOTION AND ORDER
TO AMEND CASE SCHEDULE (Cause No.
2:18-cv-01600-BJR) – 1
bp/WLCS6814.001/3227341x



WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

distributor of the machine. The parties' experts conducted a joint inspection of the machine on March 26, 2019. This was done in anticipation of meeting the May 31 deadline for exchanging expert reports. Part of the plan for the inspection was to disassemble certain parts of the machine, including the N1 and A1 controllers. During the inspection, it was discovered that both of these components may have been replaced at some point in the past five years. It was determined at this point that disassembly should not occur until the entity who may have replaced the components was notified of the inspection and had an opportunity to participate in the inspection. Following the inspection, maintenance and repair records on the machine were subpoenaed and received. The entity who did the replacement is being notified of the plan to continue with an inspection that includes partial disassembly of the machine. This process has delayed the planned inspection work by two months. For this reason, the parties request that the pretrial deadlines be extended by 60 days, with the exception of the dispositive motion deadline, which the parties request be extended by 30 days.

For the foregoing reasons, the parties respectfully request that the Court grant the Stipulated Joint Motion to Amend Case Schedule with the new date for each respective deadline listed below:

| Case Event | Previous Deadline | New Date |
| --- | --- | --- |
| Deadline for joining additional parties | May 1, 2019 | July 1, 2019 |
| Deadline for filing amended pleadings | May 15, 2019 | July 15, 2019 |
| Deadline for Expert Disclosures | May 31, 2019 | July 30, 2019 |
| Deadline for Completion of Discovery | July 6, 2019 | September 4, 2019 |
| Deadline for Filing Dispositive Motions | August 6, 2019 | September 6, 2019 |

The parties ask that all other deadlines in the original case scheduling order, including the trial date and pretrial deadlines, remain the same.

STIPULATED JOINT MOTION AND ORDER
TO AMEND CASE SCHEDULE (Cause No.
2:18-cv-01600-BJR) – 2
bp/WLCS6814.001/3227341x


WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

DATED this 21st day of May, 2019.

By: *s/Whitney L.C. Smith*
    *s/Gabriella Wagner*
    Whitney L.C. Smith, WSBA No. 21159
    Gabriella Wagner, WSBA No. 42898
    WILSON SMITH COCHRAN DICKERSON
    901 Fifth Avenue, Suite 1700
    Seattle, WA 98164-2050
    Telephone: (206) 623-4100
    Fax: (206) 623-9273
    Email: smithw@wscd.com
    Email: wagner@wscd.com
    Attorneys for Defendants


By: *s/Micah R. LeBank*
    *s/Marta L. O'Brien*
    Micah R. LeBank, WSBA No. 38047
    Marta L. O'Brien, WSBA No. 46416
    CONNELLY LAW OFFICES
    2301 North 30th Street
    Tacoma, WA 98403
    Telephone: 253-593-5100
    Fax: 253-593-0380
    Email: mlebank@connelly-law.com
    Email: mobrien@connelly-law.com
    Attorneys for Plaintiff

**ORDER**

THIS MATTER having come before the above-entitled Court upon the parties agreed Stipulation to Amend Case Schedule, in accordance with FRCP 16(b) and LCR 16(b)(5), NOW THEREFORE it is hereby:

ORDERED, ADJUDGED, AND DECREED that the case schedule will be amended according with the new deadlines set forth below:

STIPULATED JOINT MOTION AND ORDER
TO AMEND CASE SCHEDULE (Cause No.
2:18-cv-01600-BJR) – 3
bp/WLCS6814.001/3227341x



WILSON        901 Fifth Avenue, Suite 1700
SMITH         Seattle, Washington 98164
COCHRAN       Telephone: (206) 623-4100
DICKERSON     Fax: (206) 623-9273

| Case Event | Previous Deadline | New Date |
|---|---|---|
| Deadline for joining additional parties | May 1, 2019 | July 1, 2019 |
| Deadline for filing amended pleadings | May 15, 2019 | July 15, 2019 |
| Deadline for Expert Disclosures | May 31, 2019 | July 30, 2019 |
| Deadline for Completion of Discovery | July 6, 2019 | September 4, 2019 |
| Deadline for Filing Dispositive Motions | August 6, 2019 | September 6, 2019 |

Dated this ___ day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

By: s/Whitney L.C. Smith
s/Gabriella Wagner
Whitney L.C. Smith, WSBA No. 21159
Gabriella Wagner, WSBA No. 42898
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
Telephone: (206) 623-4100
Fax: (206) 623-9273
Email: smithw@wscd.com
Email: wagner@wscd.com
Attorneys for Defendants

///

///

///

STIPULATED JOINT MOTION AND ORDER
TO AMEND CASE SCHEDULE (Cause No.
2:18-cv-01600-BJR) – 4
bp/WLCS6814.001/3227341x



WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

By: *s/Micah R. LeBank*
    *s/Marta L. O'Brien*
    Micah R. LeBank, WSBA No. 38047
    Marta L. O'Brien, WSBA No. 46416
    CONNELLY LAW OFFICES
    2301 North 30th Street
    Tacoma, WA 98403
    Telephone: 253-593-5100
    Fax: 253-593-0380
    Email: mlebank@connelly-law.com
    Email: mobrien@connelly-law.com
    Attorneys for Plaintiff

STIPULATED JOINT MOTION AND ORDER TO AMEND CASE SCHEDULE (Cause No. 2:18-cv-01600-BJR) – 5
bp/WLCS6814.001/3227341x

WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273