THE HONORABLE JUDGE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RUDY ST. GERMAIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TREIF USA, INC., d/b/a TREIF, TREIF USA, a Delaware corporation; and TREIF MASCHINENBAU GMBH, d/b/a TREIF, a German corporation,<br><br>Defendants. | No. 2:18-cv-01600-BJR<br><br>**STIPULATED JOINT MOTION AND ORDER REGARDING COMPLETION OF SPECIFIC DEPOSITIONS BY OCTOBER 1, 2019**<br><br>**NOTE ON MOTION CALENDAR:**<br>**September 4, 2019** |

**STIPULATION & JOINT MOTION REGARDING COMPLETION OF SPECIFIC DEPOSITIONS BY OCTOBER 1, 2019**

The parties Plaintiff Rudy St. Germain and Defendants Trief USA and Treif Maschinenbau GmbH by and through their counsel of record, are appearing for mediation of this case on September 10, 2019. In order to avoid unnecessary expense and to not delay mediation, the parties hereby stipulate and seek an Order that the following depositions can be

---

STIPULATED JOINT MOTION AND ORDER
REGARDING COMPLETION OF SPECIFIC
DEPOSITIONS BY OCTOBER 1, 2019 (Cause No.
2:18-cv-01600-BJR) – 1
bp/WLCS6814.001/3227341x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

taken after the mediation (which is after the discovery cutoff of September 4, 2019) but are to be completed by October 1, 2019:

1. 30(b)(6) Treif Maschinenbau
2. 30(b)(6) Treif USA
3. Carsten Wiele
4. Cleve Wix
5. Joellen Gill

The September 4, 2019 discovery cutoff is not extended with the exception of conducting the above listed depositions to occur by October 1, 2019. In addition, to accommodate the foregoing depositions, the parties agree that the deadlines for the Pretrial Statement will be as follows:

September 23, 2019: Plaintiff's pretrial statement

September 30, 2019: Defendant's pretrial statement

October 7, 2019: Joint pretrial statement

DATED this 3rd day of September, 2019.

By: *s/Whitney L.C. Smith*
*s/Gabriella Wagner*
Whitney L.C. Smith, WSBA No. 21159
Gabriella Wagner, WSBA No. 42898
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
Telephone: (206) 623-4100
Fax: (206) 623-9273
Email: smithw@wscd.com
Email: wagner@wscd.com
Attorneys for Defendants

STIPULATED JOINT MOTION AND ORDER REGARDING COMPLETION OF SPECIFIC DEPOSITIONS BY OCTOBER 1, 2019 (Cause No. 2:18-cv-01600-BJR) – 2
bp/WLCS6814.001/3227341x



WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

| | |
|---|---|
| 1 | |
| 2 | By: *s/Micah R. LeBank* |
| 3 | *s/Marta L. O'Brien* |
| | Micah R. LeBank, WSBA No. 38047 |
| 4 | Marta L. O'Brien, WSBA No. 46416 |
| 5 | CONNELLY LAW OFFICES |
| | 2301 North 30th Street |
| 6 | Tacoma, WA 98403 |
| 7 | Telephone: 253-593-5100 |
| | Fax: 253-593-0380 |
| 8 | Email: mlebank@connelly-law.com |
| | Email: mobrien@connelly-law.com |
| 9 | Attorneys for Plaintiff |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

STIPULATED JOINT MOTION AND ORDER
REGARDING COMPLETION OF SPECIFIC
DEPOSITIONS BY OCTOBER 1, 2019 (Cause No.
2:18-cv-01600-BJR) – 3
bp/WLCS6814.001/3227341x



WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

## ORDER

THIS MATTER having come before the above-entitled Court upon the parties agreed Stipulation, in accordance with FRCP 16(b), NOW THEREFORE it is hereby:

ORDERED, ADJUDGED, AND DECREED Order that the following depositions can be taken after the discovery cutoff of September 4, 2019 but are to be completed by October 1, 2019:

1. 30(b)(6) Treif Maschinenbau
2. 30(b)(6) Treif USA
3. Carsten Wiele
4. Cleve Wix
5. Joellen Gill

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that the September 4, 2019 discovery cutoff is not extended with the exception of conducting the above listed depositions by October 1, 2019.

Dated this 6th day of September, 2019.

_____
BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED JOINT MOTION AND ORDER REGARDING COMPLETION OF SPECIFIC DEPOSITIONS BY OCTOBER 1, 2019 (Cause No. 2:18-cv-01600-BJR) – 4
bp/WLCS6814.001/3227341x

WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273